

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00950-CV

**IN THE INTEREST OF L.J.G., G.J.G., Z.I.G., A.A.G., AND L.G.-R.F.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00461
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2.

After obtaining an extension of time to file appellant's brief, counsel filed a motion requesting the court to order supplemental records and to grant a further extension of time to file the brief. Counsel states he has previously submitted requests for the supplemental records to the Bexar County District Clerk and to the court reporters. We grant the motion.

We **order** court reporter **Mary Martinez** to prepare and file a full record of all proceedings had in this case on June 12, 2018, before the Honorable Antonia Arteaga in the 57th Judicial District Court, including all exhibits introduced into evidence.

We **order** court reporter **Debra Jimenez** to file a full record of all proceedings had in this case on November 5, 2018, before the Honorable Laura Salinas, including all exhibits introduced into evidence.

We **order** Bexar County District Clerk, **Mary Angie Garcia**, to file a supplemental record containing: the jury charge signed by the trial court and submitted to the jury on June 12, 2018, if any.

We **order** the supplemental records due **March 4, 2019**. Because of the time constraints governing the disposition of this appeal, **requests for extensions of time will be disfavored.**

We **order** appellant's brief due ten days after the supplemental records have all been filed.

_____

Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.



_____

KEITH E. HOTTLE,

Clerk of Court